# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNY SHEARS

NO. 2025 KW 1297

**JANUARY 15, 2026**

---

In Re:  Kenny Shears, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2500283.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT